**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alyssa Jean Delisle<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0708<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  21–10672–TPA

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alyssa Jean Delisle
aka Alyssa Jean Flanigan

3/16/22

**By the court:** Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alyssa Jean Delisle  
    Debtor

Case No. 21-10672-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 16, 2022      Form ID: 318      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alyssa Jean Delisle, 427 Oak Street, Sharpsville, PA 16150-1323 |
| 15437455 | + | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15437462 | | Dominion Energy Ohio, P.O. Box 26785, Richmond, VA 23261-6785 |
| 15437465 | + | Mercer County Community Bank, 428 Sharpsville Road, Sharon, PA 16146-2120 |
| 15437467 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15437468 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15437474 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 17 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2022 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 17 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2022 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 17 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15437456 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Mar 16 2022 23:40:00 | Automotive Credit Corp, 26261 Evergreen Road, Suite 300, Southfield, MI 48076 |
| 15437461 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 17 2022 07:36:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 15439241 | + | EDI: CAPITALONE.COM | Mar 17 2022 03:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15437457 | + | EDI: CITICORP.COM | Mar 17 2022 03:38:00 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15437458 | + | EDI: WFNNB.COM | Mar 17 2022 03:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15437459 | + | EDI: WFNNB.COM | Mar 17 2022 03:38:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15437460 | + | EDI: WFNNB.COM | Mar 17 2022 03:38:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |

Case 21-10672-TPA　Doc 23　Filed 03/18/22　Entered 03/19/22 00:25:42　Desc Imaged
Certificate of Notice　Page 4 of 5

| District/off: 0315-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15437463 | + | EDI: IIC9.COM | Mar 17 2022 03:38:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15437464 | + | EDI: FORD.COM | Mar 17 2022 03:38:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 15437466 | + | EDI: MID8.COM | Mar 17 2022 03:38:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15437467 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2022 23:40:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15437469 | + | Email/Text: bankruptcy@bbandt.com | Mar 16 2022 23:40:00 | Suntrust Bank, Attn: Bankruptcy, PO Box 8509, Richmond, VA 23286-0001 |
| 15437470 | + | EDI: RMSC.COM | Mar 17 2022 03:38:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 15437779 | + | EDI: RMSC.COM | Mar 17 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15437471 | + | EDI: RMSC.COM | Mar 17 2022 03:38:00 | Synchrony Bank/Care Credit, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 15437472 | + | EDI: RMSC.COM | Mar 17 2022 03:38:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15437473 | + | EDI: RMSC.COM | Mar 17 2022 03:38:00 | Synchrony/Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15437475 | | EDI: TFSR.COM | Mar 17 2022 03:38:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15437474 | + | EDI: PRATHEBUR | Mar 17 2022 03:38:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERIHOME MORTGAGE COMPANY, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 18, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: 318 | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Alyssa Jean Delisle dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 5